Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/3/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br><br>Alaisea NMN Matavao,<br>XXX-XX-0351<br>_____<br><br>SN Servicing Corporation, servicer for US Bank Trustee National Association, as trustee of the Tiki Series III Trust,<br><br>Movant,<br><br>v.<br><br>Alaisea NMN Matavao,<br><br>Respondent. | BK Case No. 3:20-bk-00818 |

## ORDER VACATING ORDER GRANTING RELIEF
## FROM AUTOMATIC STAY AND ABANDONMENT

The Parties to this contested matter, by their signatures hereinbelow, agree to the granting of the Debtor's Motion to Vacate the Order Granting Relief from the Automatic Stay and Abandonment being granted and further, being resolved by the entered Agreed Order Granting Relief from Stay [Doc #46].

IT IS SO ORDERED.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

APPROVED FOR ENTRY:

*/s/Edward D. Russell*
Edward D. Russell, #26126
The SR Law Group
PO Box 128
Mount Juliet, Tennessee 37121
(615) 559-3190
erussell@thesrlawgroup.com


/s/ Robert H. Moyer
Robert H. Moyer
408 Franklin Street
Clarksville, TN 37040
931-221-0010
Fax: 931-221-0112
rhmoyer@bellsouth.net

Henry E Hildebrand, III

Digitally signed by Henry E Hildebrand, III
DN: CN="Henry E Hildebrand, III", E=aoecf@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2020-05-28 12:19:46
Foxit Reader Version: 9.6.0

Henry E. Hildebrand, III
Standing Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
http://www.ch13nsh.com
pleadings@ch13nsh.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

2

Case 3:20-bk-00818   Doc 49   Filed 06/03/20   Entered 06/03/20 13:55:57   Desc Main
Document      Page 2 of 2